# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY PERRY OLIVER,
　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　Respondent.

No. 76426

FILED

JUL 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed a notice of appeal on July 12, 2018. The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on June 13, 2008, and the amended judgment of conviction entered on June 24, 2013, the notice of appeal was untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of judgment of conviction). To the extent that appellant appeals from the order dismissing appeal entered in Docket No. 75469, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-29081

cc: Hon. Michelle Leavitt, District Judge
Anthony Perry Oliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk